

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHAN TURNER | CIVIL ACTION |
| VERSUS | NUMBER: 04-00383 |
| R.L. BROWNLEE, ACTING SECRETARY OF THE ARMY | SECTION: "I"(5) |

## O R D E R

The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss and/or for summary judgment is granted and that plaintiff's suit is dismissed with prejudice.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

New Orleans, Louisiana, this 6 day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE